**FILED**

AUG 15 2008

**Clerk, U.S. District and Bankruptcy Courts**

Ravl Roel Martinez
(Petitioner) Plaintiff

M. Martin, et al.
(Respondent[s]) - Defendants

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

**08 1418**

I, Kaul Roel Y Martinez, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

Are you presently employed?     Yes _____     No ✓ unasigned

a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

I have been incorcerated since 2/2003

Have you received, within the past twelve months, any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or form of self-employment? | Yes____ | No ✓ |
| b. | Rent payments, interest or dividends? | Yes____ | No ✓ |
| c. | Pensions, annuities or life insurance payments? | Yes____ | No ✓ |
| d. | Gifts or inheritances? | Yes____ | No ✓ |
| e. | Any other sources? | Yes ✓ | No____ |

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

From mother during my incarceration

Do you own any cash, or do you have money in a checking or savings account?  Yes____     No ✓
(Include any funds in prison accounts)

If the answer is yes, state the total value of the items owned. _____

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ____  No _____

If the answer is yes, describe the property and state its approximate value. Automobile approx. $600.00

**RECEIVED**

AUG - 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. *Minnerva M. Chapa, mother    – None. at this time*

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____7-28-08_____
(Date)

_____Raul Martin_____
*Signature of Petitioner*

# CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ *337.00* _____ on account to his credit at the *FCC Beaumont (LOW)* _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said *N/A* institution:_____

_____

_____

DATED _____7-28-08_____

_____
*Authorized Officer of Institution*

_____Counselor_____
*Title of Officer*